# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| OWNERS INSURANCE COMPANY and AUTO-OWNERS INSURANCE COMPANY, *Plaintiffs*, v. DUDE PRODUCTS, INC., *et al*., *Defendants*. | Case No. 25-cv-9918 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Owners Insurance Company and Auto-Owners Insurance Company, pursuant to Fed. Rule Civ. P. 41(a)(1)(A)(i), hereby dismiss this action *without prejudice*, with all parties to bear their own respective fees and costs.

Respectfully Submitted,

/s/ Brian J. Talcott
Krysta K. Gumbiner
Brian J. Talcott
Dinsmore & Shohl LLP
222 W. Adams St., Suite 3400
Chicago, IL 60606
(312) 775-1743
krysta.gumbiner@dinsmore.com
brian.talcott@dinsmore.com

*Counsel for Plaintiffs*